**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CHELI, : | |
|     Plaintiff, : | |
| v. : | Case No. 1:25-cv-00407-KMW-MJS |
| FIRST NECK BUENA LLC, : | |
|     Defendant. : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this  14th  day of  November  2025,

| /s/ Jon G. Shadinger Jr. | /s/Marisa R. DeFeo |
|---|---|
| Jon G. Shadinger Jr., Esq. | Marisa R. De Feo, Esq. |
| Shadinger Law, LLC | Husch Blackwell LLP |
| 2220 N East Avenue | 3411 Silverside Road, Suite 104B #203 |
| Vineland, NJ 08360 | Wilmington, DE 19810 |
| (609) 319-5399 | (302) 506-8036 |
| js@shadingerlaw.com | marisa.defeo@huschblackwell.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |